RUDOLPH LEXOW, APPELLANT, v. JAMES JULIAN, RESPONDENT.

*Action for fraud—party not bound to surrender what he has received, before bringing suit.*

APPEAL from a judgment entered in favor of the defendant, upon the dismissal of the complaint at the Circuit.

The court at General Term said: "The plaintiff's cause of action, as stated in the complaint, is clearly for fraud, and not based upon a rescission of the contract. In such case the party is not bound to surrender that which he has received; he may retain it, and recover such damages as he can establish at the trial. (*Allaire* v. *Whitney*, 1 Hill, 485; Same case after second trial, entitled *Whitney* v. *Allaire*, 4 Denio, 555; *The Ilion Bank* v. *Carver*, 31 Barb., 235; *Newbery* v. *Garland*, id., 128; *Ely* v. *Mumford*, 47 id., 629; *Bordwell* v. *Collie*, 45 N. Y., 494.) The complaint was dismissed expressly and solely upon the ground that the $500 was not tendered to the defendant before the commencement of the action. We deem this ruling erroneous, and entitles the plaintiff to a reversal of the judgment."

*Charles Wehle*, for the appellant. *G. L. Van Pelt*, for the respondent.

Opinion by Ingalls, J. Davis, P. J., and Brady, J., concurred.

Judgment reversed, new trial ordered, costs to abide the event.